UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID R. BUSBY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:15-cv-12062-ADB |
| | * |
| CAROLYN W. COLVIN, Acting | * |
| Commissioner of Social Security, | * |
| | * |
| Defendant. | * |

**ORDER**

BURROUGHS, D.J.

This is an action for review of a final decision of the Commissioner of Social Security, in which the Commissioner found that Plaintiff David R. Busby ("Plaintiff") was not disabled under Sections 216(i) and 223(d) of the Social Security Act, and accordingly denied Plaintiff's claim for disability insurance benefits. Plaintiff has moved for an order reversing the decision of the Commissioner [ECF No. 11], and the Commissioner has moved for an order affirming the decision. [ECF No. 19].

On March 7, 2016, the Court referred this case to Magistrate Judge Bowler for a Report and Recommendation on the parties' motions. After a hearing, the Magistrate Judge issued her Report and Recommendations on July 11, 2016, recommending that the Commissioner's motion be allowed, and the Plaintiff's motion be denied. [ECF No. 22]. Plaintiff filed his Objections to the Report and Recommendation on July 25, 2016. [ECF No. 23].

In accordance with 28 U.S.C. § 636(b), the Court must make a de novo determination of those portions of the report or specified proposed findings or recommendations to which the Plaintiff has objected.  Here, Plaintiff simply repeats three arguments presented in his underlying

motion papers, namely, that the ALJ (1) failed to properly weigh the medical opinion evidence and properly determine Plaintiff's residual functional capacity; (2) failed to properly evaluate Plaintiff's credibility; and (3) failed to make credibility determinations relating to testimony from Plaintiff's fiancée at the hearing before the ALJ. After de novo review of these issues, the Court overrules Plaintiff's objections for the reasons articulated by Magistrate Judge Bowler in her Report and Recommendation.

Accordingly, the Court <u>ACCEPTS</u> and <u>ADOPTS</u> the Report and Recommendation of the Magistrate Judge [ECF No. 22]. Plaintiff's Motion [EC No. 11] is <u>DENIED</u>, and the Commissioner's Motion for an Order Affirming the Decision of the Commissioner [ECF No. 19] is <u>ALLOWED</u>. Pursuant to 42 U.S.C. § 405(g), the final decision of the Commissioner is hereby <u>AFFIRMED</u>. The Clerk is directed to enter judgment for Defendant, and this case may now be terminated.

Dated: July 26, 2016

<u>/s/ Allison D. Burroughs</u>
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE